**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jack Hendrix McLemore Jr.
Attorney at Law
200 Advocate Row, Ste B
Vidalia LA 71373

Robert R. Rainer
Attorney at Law
8480 Bluebonnet Blvd, Ste D
Baton Rouge LA 70810

Drew M. Talbot
Rainer, Anding & McLindon
8480 Bluebonnet Blvd., Suite D
Baton Rouge LA 70810


**REHEARING ACTION: December 19, 2012**


**Docket Number: 12   00444-CA consolidated with 443-CA**

**CATAHOULA PARISH SCHOOL BOARD, ET AL.**
**VERSUS**
**LOUISIANA MACHINERY COMPANY, INC.**

**Appealed from Catahoula Parish Case No. 26,292 "A" C/W 26,291 "A"**


**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Elizabeth A. Pickett**
   **Hon. James T. Genovese**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Catahoula Parish School Board** and **Catahoula Parish Police**

**Jury** has this day been

   **DENIED.**


cc: Jesse R. Adams, III, Counsel for the Appellant
    Andre Brian Burvant, Counsel for the Appellant
    Katheryn S. Friel, Counsel for the Appellant
    Matthew A. Mantle, Counsel for the Appellant